## NALLS v. STATE.

### No. 24490.

Court of Criminal Appeals of Texas.
Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Unlawfully permitting the operation of a slot machine in a public place is the offense; the punishment, a fine of one hundred dollars.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this Court.

The judgment of the trial court is affirmed.

Opinion approved by the Court.